# EXHIBIT A

# Living The Line

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL288849 | MOONRAY MOTHERS SKIN HC (C: 0- | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 2,385 |
| STL304121 | MOONRAY HC ECHOES OF ASCENSION | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 1,651 |
| STL347709 | FACE MEAT GN (MR) (C: 0-1-2) | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 937 |
| STL241248 | THE EXILE HC (MR) (C: 0-0-1) | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 816 |
| STL347712 | PIT HC (MR) (C: 0-1-2) | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 482 |
| STL241247 | CENTRALIA HC | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 416 |
| STL251719 | HOUSE ON FIRE TP (C: 0-0-1) | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 378 |
| STL304120 | HER FRANKENSTEIN GN (MR) (C: 0 | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 266 |
| STL347711 | ROIHU GN (MR) (C: 0-1-2) | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 240 |
| STL297200 | TIHKU GN (C: 0-1-1) | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 236 |
| STL191916 | STRANGE DEATH OF ALEX RAYMOND | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 117 |
| STL263140 | ABOLITION OF MAN DELUXE ED HC | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 98 |
| STL320490 | SURVIVING ON MARS GN (MR) (C: | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 40 |
| STL310505 | UFO MUSHROOM INVASION GN (C: 0 | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 4 |
| STL234641 | PLAZA TP | 3600 | LIVING THE LINE | 3 | BOOKS - GRAPHIC NOVELS | 4 |

56219061.1 09/08/2025